IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Traxxas, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:19-cv-1124-DCC |
| | ) | |
| vs. | ) | Judge Donald C. Coggins |
| | ) | |
| Sunny Days Entertainment, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Traxxas, L.P. ("Traxxas") and Defendant Sunny Days Entertainment, LLC ("Sunny Days") respectfully move for an order dismissing the above-captioned action without prejudice, with each side to bear its own attorneys' fees and costs. Sunny Days moved to dismiss on April 20, 2018, but has not asserted any counterclaims.

By:  s/William S. Brown
William S. Brown, Federal Bar No. 5929
E-mail: william.brown@nelsonmullins.com
David C. Dill, Federal Bar No. 11860
E-mail: david.dill@nelsonmullins.com
104 South Main Street / Ninth Floor
Post Office Box 10084 (29603-0084)
Greenville, SC  29601
(864) 373-2300

*Attorneys for Traxxas, L.P.*

2

By:    s/Travis V. Olmert
Travis V. Olmert, Federal Bar No. 9700
E-mail: Travis.Olmert@carterlawpa.com
Carter, Smith, Merriam, Rogers & Traxler, P.A.
P.O. Box 10828
900 East North Street
Greenville, South Carolina 29603
(864) 242-3566

*Attorneys for Sunny Days Entertainment, LLC*

Greenville, South Carolina
June 7, 2019

2