IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Traxxas, L.P., | ) |
| Plaintiff, | ) Civil Action No. 6:19-cv-1124-DCC |
| vs. | ) Judge Donald C. Coggins |
| Sunny Days Entertainment, LLC, | ) |
| Defendant. | ) |

**ORDER**

The parties' Joint Motion to Dismiss Without Prejudice shall be, and hereby is, GRANTED. It is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit are dismissed without prejudice, with each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

                                                  s/Donald C. Coggins, Jr.
                                                  Donald C. Coggins, Jr.
                                                  United States District Judge

June 18, 2019
Spartanburg, South Carolina