# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Traxxas, L.P.,<br>*Plaintiffs*<br><br>v.<br><br>Sunny Days Entertainment, LLC,<br>*Defendant,* | Civil Action No.  6:19-cv-01124-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the joint motion to dismiss is granted.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   June 18, 2019                                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Ashley Buckingham
                                                                                          *Signature of Clerk or Deputy Clerk*